**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00784-REB-KLM

JOHN J. FLYNN,
JAMES BOLAND,
GERALD O'MALLEY,
KEN LAMBERT,
GERARD SCARANO,
H.J. BRAMLETT,
EUGENE GEORGE,
ROBERT HOOVER,
MATTHEW AQUILINE,
GREGORY R. HESS,
MICHAEL SCHMERBECK,
VINCENT DELAZZERO,
BENJAMIN CAPP,
WILLIAM MCCONNELL, as Trustee of and on behalf of the Bricklayers & Trowel Trades International Pension Fund,

      Plaintiffs,

v.

JOHN DANIEL BERICH, individually,
TODD BERICH, individually,
INTEGRITY EQUIPMENT COMPANY, INC.,

      Defendants.

## ORDER OF DISQUALIFICATION

**Blackburn, J.**

On April 7, 2009, this matter was assigned to me pursuant to **D.C.COLO.LCivR 40.1A**. However, I have been personal friends with the defendant, Todd Berich, for many years. Accordingly, my impartiality might reasonably be questioned, and the appearance of impropriety may very well exist, warranting the *sua sponte* recusal and

my disqualification is required by **28 U.S.C. § 455 (a)**[1] and **Canon 3 C (1) of the Code of Conduct for United States Judges**, 175 F.R.D. 364, 368 (1998).

      **THEREFORE, IT IS ORDERED** that the undersigned district judge is disqualified from presiding or acting further in this case.

      Dated April 9, 2009, at Denver, Colorado.

                                    BY THE COURT:

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge

---

[1] The standard for impartiality under **28 U.S.C. § 455 (a)** is an objective one, requiring recusal only "if a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." ***United States v. Cooley***, 1 F.3d 985, 993 (10th Cir. 1993) (citations omitted.)