IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00784-RPM

JOHN J. FLYNN,
JAMES BOLAND,
GERALD O'MALLEY,
KEN LAMBERT,
GERARD SCARANO,
H.J. BRAMLETT,
EUGENE GEORGE,
ROBERT HOOVER,
MATTHEW AQUILINE,
GREGORY R. HESS,
MICHAEL SCHMERBECK,
VINCENT DELAZZERO,
BENJAMIN CAPP,
WILLIAM MCCONNELL, as Trustee of and on behalf of the Bricklayers & Trowel Trades International Pension Fund,

    Plaintiffs,
v.

JOHN DANIEL BERICH, individually,
TODD BERICH, individually,
INTEGRITY EQUIPMENT COMPANY, INC.,

    Defendants.

_____

ORDER VACATING ORDER OF REFERENCE AND SETTING STATUS CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the Order of Reference to United States Magistrate Judge Kristen L. Mix is vacated. It is further

ORDERED that a status conference will be held on **May 28, 2009, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED April 10th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge