IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00784-RPM

JOHN J. FLYNN,
JAMES BOLAND,
GERALD O'MALLEY,
KEN LAMBERT,
GERARD SCARANO,
H.J. BRAMLETT,
EUGENE GEORGE,
ROBERT HOOVER,
MATTHEW AQUILINE,
GREGORY R. HESS,
MICHAEL SCHMERBECK,
VINCENT DELAZZERO,
BENJAMIN CAPP,
WILLIAM MCCONNELL, as Trustee of and on behalf of the Bricklayers & Trowel Trades
International Pension Fund,

     Plaintiffs,
v.

JOHN DANIEL BERICH, individually,
TODD BERICH, individually,
INTEGRITY EQUIPMENT COMPANY, INC.,

     Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to the status conference held today, it is

ORDERED that a scheduling conference will be held on **July 31, 2009, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 23, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: May 28th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge