IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 28, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-00784-RPM

JOHN J. FLYNN,    Maria J. Flora
JAMES BOLAND,
GERALD O'MALLEY,
KEN LAMBERT,
GERARD SCARANO,
H.J. BRAMLETT,
EUGENE GEORGE,
ROBERT HOOVER,
MATTHEW AQUILINE,
GREGORY R. HESS,
MICHAEL SCHMERBECK,
VINCENT DELAZZERO,
BENJAMIN CAPP,
WILLIAM MCCONNELL, as Trustee of and on behalf of the Bricklayers & Trowel Trades
International Pension Fund,

   Plaintiffs,

v.

JOHN DANIEL BERICH, individually,    Robert R. Miller
TODD BERICH, individually,    Susan M. Schaecher
INTEGRITY EQUIPMENT COMPANY, INC.,

   Defendants.
_____

## COURTROOM MINUTES
_____

**Status Conference**

**11:28 a.m.**    **Court in session.**

Thomas Quinn appeared for debtor DBI.

Discussion regarding status of bankruptcy case.
Counsel state the Trustees Final Report has been filed but no closing order entered.

May 28, 2009
09-cv-00784-RPM

Court informs counsel that all parties need to be included in the caption of all pleadings, except that only the Fund needs be named as the plaintiff.

Discussion regarding pending motion to dismiss.

**ORDERED:** **Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, filed April 21, 2009 [14], is denied.**
**Defendants' shall file an answer.**
**Scheduling conference set for July 31, 2009 at 11:00 a.m.**

Court states it expects lead counsel to be present for scheduled hearings.

**11:50 a.m.** **Court in recess.**

Hearing concluded. Total time: 22 min.