IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00784-RPM

JOHN J. FLYNN,
JAMES BOLAND,
GERALD O'MALLEY,
KEN LAMBERT,
GERARD SCARANO,
H.J. BRAMLETT,
EUGENE GEORGE,
ROBERT HOOVER,
MATTHEW AQUILINE,
GREGORY R. HESS,
MICHAEL SCHMERBECK,
VINCENT DELAZZERO,
BENJAMIN CAPP,
WILLIAM MCCONNELL, as Trustee of and on behalf of the Bricklayers & Trowel Trades
International Pension Fund,

    Plaintiffs,
v.

JOHN DANIEL BERICH, individually,
TODD BERICH, individually,
INTEGRITY EQUIPMENT COMPANY, INC.,

    Defendants.

_____

ORDER FOR FILING SECOND AMENDED COMPLAINT
_____

On January 4, 2010, the plaintiff filed a motion to amend the complaint and modify the scheduling order and tendered a second amended complaint. The plaintiffs seek to add Berich Masonry, Inc., as an additional party as an alter ego of Dan Berich, Inc., and therefore liable for its withdrawal liability under ERISA. The defendants filed their opposition to that motion on January 25, 2010. Upon reviewing these papers and the exhibits attached, it is

ORDERED that the plaintiffs' motion to amend is granted and the Second Amended Complaint is filed. It is

1

FURTHER ORDERED that no time will be set for the filing of dispositive motions because it is apparent that there are many factual disputes which can only be resolved by trial.

DATED: January 26th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge