IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00784-RPM

JOHN J. FLYNN,
JAMES BOLAND,
GERALD O'MALLEY,
KEN LAMBERT,
GERARD SCARANO,
H.J. BRAMLETT,
EUGENE GEORGE,
ROBERT HOOVER,
MATTHEW AQUILINE,
GREGORY R. HESS,
MICHAEL SCHMERBECK,
VINCENT DELAZZERO,
BENJAMIN CAPP,
WILLIAM MCCONNELL, as Trustees of and on behalf of the
BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,

    Plaintiffs,
v.

JOHN DANIEL BERICH, individually,
TODD BERICH, individually,
INTEGRITY EQUIPMENT COMPANY, INC.,
BERICH MASONRY, INC.,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal [40], filed on June 29, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees. It is

FURTHER ORDERED that the July 29, 2010, pretrial conference and the deadline for submitting the proposed pretrial order are vacated.

DATED: June 29th, 2010

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge